UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HEATH FULKERSON,<br><br>                            Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>                          Defendant. | Case No. 3:20-CV-00207-MMD-CLB<br><br>**ORDER** |

      Plaintiff filed a motion for an unspecified extension of time to answer discovery propounded by defendant (ECF No. 23). Defendant filed an opposition (ECF No. 24). No reply was filed.

      Plaintiff's motion does not comport with the Local Rules in general, and more specifically LR IA 6-1 (extensions of time) and LR 26-3 (discovery extensions). Most importantly, Plaintiff fails to include a certification pursuant to LR 26-6(c) which requires that he certify that he attempted to meet and confer with defense counsel in an effort to resolve this issue without court involvement. However, because Plaintiff is appearing *pro se*, the court will provide Plaintiff some leniency with this particular request. In the future, however, Plaintiff's requests must comport with the rules and requirements of the court regardless of his *pro se* status.

      Therefore, Plaintiff's motion for an extension of time (ECF No. 23) is **GRANTED.** Plaintiff shall respond to defendant's discovery requests no later than **October 30, 2020**.

**IT IS SO ORDERED.**

**DATED**: October 14, 2020

                                                                        **UNITED STATES MAGISTRATE JUDGE**