**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HEATH VINCENT FULKERSON,<br><br>         Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>         Defendant. | 3:20-cv-00207-MMD-CLB<br><br><br>**ORDER** |

On December 2, 2020, the court granted Defendant Costco Wholesale Corporation's ("Costco") motion to compel answers or documents in response to written discovery from Plaintiff Heath Vincent Fulkerson ("Fulkerson"). (*See* ECF Nos. 26, 33.) Fulkerson was required to supplement discovery responses no later than 30 days from the date of the order. (*Id.*) On January 6, 2021, Costco filed a notice of non-compliance stating that Fulkerson failed to comply with the order (ECF No. 35).

The court will *sua sponte* grant Fulkerson a brief and **final** extension of time to **January 22, 2021** to provide supplemental discovery responses as stated in the court's order (ECF No. 33). Any further failure by plaintiff to comply with the court's order may result in the court issuing an order to show cause why additional sanctions should not be imposed upon plaintiff up to and including case ending sanctions pursuant to Fed. R. Civ. P. 37 and LR IA 11-8(e).

**IT IS SO ORDERED.**

**DATE:** January 8, 2021

_____
**UNITED STATES MAGISTRATE JUDGE**