UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HEATH FULKERSON,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　　　　　　　　Defendant. | Case No. 3:20-CV-00207-MMD-CLB<br><br>**ORDER** |

　　　Defendant filed a notice of Plaintiff's non-compliance with this court's January 8, 2021 order to provide supplemental discovery responses (ECF No. 39). In the notice, Defendant requests additional sanctions or an order to show cause why additional sanctions should not be imposed (*Id.*) Plaintiff's response to the notice was to file a notice of voluntary withdrawal of his complaint (ECF No. 40). In response Defendant seeks a judgment in the amount of $1575 against plaintiff for the sanctions that were previously awarded on January 7, 2021 (ECF No. 36).

　　　The court DENIES Defendant's request to enter an order to show cause or award further sanctions. The District Court will address Plaintiff's motion to withdraw his complaint pursuant to Fed. R. Civ. P. 41.

　　　**IT IS SO ORDERED.**

　　　**DATED**: February 12, 2021

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**